IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPRUCE STREET PROPERTIES, LTD., <br> DAVID W. BISHOFF, E.V. BISHOFF <br> COMPANY AND DUQUESNE GENERAL <br> PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> CARLYLE CONDOMINIUM <br> ASSOCIATION; DAVID M. BELCZYK, <br> ESQUIRE; DAVID I. KELCH, ESQUIRE; <br> DAVID WOLF, ESQUIRE; SCOTT HARE, <br> ESQUIRE; NICHOLAS MILLER, <br> ESQUIRE; AND <br> GEORGE R. FARNETH, II, ESQUIRE, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : NO. 2:24-cv-00544 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**MOTION TO DISMISS BY
<u>DEFENDANTS DAVID M. BELCZYK, DAVID I. KELCH, AND DANIEL WOLFE</u>**

Defendants, David M. Belczyk, Esquire, David I. Kelch, Esquire, and Daniel Wolfe, Esquire, improperly named as David Wolf (collectively "**Moving Defendant**s"), file this Rule 12(b)(6) Motion to Dismiss.

1. Spruce Street Properties, Ltd., David W. Bishoff, E.V. Bishoff, Company, and Duquesne General Partnership (collectively, "**Plaintiffs**"), filed their Complaint on April 11, 2024 alleging claims for abuse of process and wrongful use of civil proceedings.  (*See* ECF Document 2).

2. For the reasons more fully set forth in the accompanying Brief, incorporated herein by reference, Plaintiffs' claim for wrongful use of civil proceedings (Count II) should be dismissed, with prejudice, for failure to state a claim upon which relief can be granted.

WHEREFORE, Moving Defendants respectfully request that this Honorable Court grant their Motion to Dismiss and dismiss Count II of the Plaintiffs' Complaint, with prejudice.

Respectfully submitted,

By:    */s/ Scott R. Eberle*
Scott R. Eberle
P.A. I.D. No. 89044
Gregory P. Graham
PA. I.D. No. 317205
MARSHALL DENNEHEY PC
Union Trust Building
501 Grant Street, Suite 700
Pittsburgh, PA 15219
(412) 803-1140
sreberle@mdwcg.com
gpgraham@mdwcg.com

John M. McIntyre
PA. ID No. 78739
Kristen Del Sole
PA. ID No. 79619
PORTER WRIGHT MORRIS & ARTHUR LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-1450
jmcintyre@porterwright.com
kdelsole@porterwright.com
*Attorneys for Defendants David M. Belczyk, David I. Kelch and Daniel Wolfe*

## CERTIFICATE OF SERVICE

Counsel for all parties were served copies of this filing via the ECF system.

          MARSHALL DENNEHEY

By:   /s/ Scott R. Eberle

      Scott R. Eberle
      P.A. I.D. No. 89044
      MARSHALL DENNEHEY PC
      Union Trust Building
      501 Grant Street, Suite 700
      Pittsburgh, PA 15219
      (412) 803-1140
      sreberle@mdwcg.com

*Attorneys for Defendants David M. Belczyk, David I. Kelch and Daniel Wolfe*